UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 4:01-CR-48-SPM/AK

GERALD CINEUS,

    Defendant.
_____/

**ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582**

THIS CAUSE comes before the Court on Defendant's motion to reduce his sentence under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) and to appoint counsel (doc. 127).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant was subject to a statutory mandatory minimum sentence, which determined his sentencing range. Because this sentencing range remains the same under the amended guidelines, in spite of the application of a Rule 35 motion, which lowered Defendant's sentence to 210 months, he is not eligible for a reduction based on the crack amendments. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion to reduce sentence and to appoint counsel (doc. 127) is hereby ***denied***.

DONE AND ORDERED this twenty-eighth day of July, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge