# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                  **CASE NO.: 4:01-CR-48-SPM-2**

**GERALD CINEUS,**

    **Defendant.**

_____/

## ORDER DENYING MOTION TO CORRECT PRESENTENCE REPORT

**THIS CAUSE** comes before the Court on the Defendant's Motion to Amend the Presentence Report (doc. 147). The Defendant asserts that he should have been acknowledged as a United States citizen in the Presentence Report, and that the Court erred at sentencing by ordering that the Defendant be deported.

First, under Federal Rule of Criminal Procedure 32, a trial court does not have jurisdiction to correct inaccuracies in a PSR after sentencing. See United States v. Giaimo, 880 F.2d 1561, 1563 (2d Cir. 1989). Additionally, the Defendant was sentenced in 2002 to concurrent life sentences of imprisonment. Neither the Judgment (doc. 98) nor the sentencing minutes (doc. 95) reflects an Order of deportation.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion to Amend the Presentence

Report (doc. 147) is hereby *denied*.

**DONE AND ORDERED** this <u>first</u> day of December, 2010.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
Chief United States District Judge